IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIOP KAMAU et al.,

    Plaintiffs,

v.                              CASE NO. 4:11cv522-RH/CAS

GREGORY ALAN SLATE et al.,

    Defendants.

_____/

## ORDER DISMISSING SOME BUT NOT ALL CLAIMS AND GRANTING LEAVE TO FILE AN AMENDED COMPLAINT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 61. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. All claims against the defendant Tyler Johnson are dismissed without prejudice for lack of personal jurisdiction. The claims against the other defendants are dismissed in part, as recommended, and the plaintiffs are granted leave to file

an amended complaint by November 26, 2012. The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on November 3, 2012.

                                            s/Robert L. Hinkle
                                            United States District Judge