IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CIOP KAMAU and
TYRA RASMUS,

      Plaintiffs,

v.                               CASE NO. 4:11cv522-RH/CAS

GREGORY ALAN SLATE
et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 72, and the response, ECF No. 73. The bottom line is this: the defendants have moved to dismiss, and the plaintiffs have acquiesced. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "All claims are dismissed without prejudice." The clerk must close the file.

SO ORDERED on May 6, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge