UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIOP KAMAU, et al

    VS                                              CASE NO.  4:11-cv-00522-RH-CAS

GREGORY ALAN SLATE, et al

**JUDGMENT**

All claims are dismissed without prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

May 6, 2013                              s/ KELLI MALU
DATE                                     Deputy Clerk: Kelli Malu